UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY FORD, JESSIE STEVENS, and
RODNEY SMITH, for themselves and
others similarly-situated, and
INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

    Plaintiffs,

v.

FEDERAL-MOGUL CORPORATION, and
FEDERAL-MOGUL IGNITION COMPANY,

    Defendants.
_____/

Case No. 2:09-cv-14448
Class Action

U.S. District Judge
Stephen J. Murphy, III

## NOTICE OF DEATH OF PLAINTIFF AND
## CLASS REPRESENTATIVE RODNEY SMITH

    We notify the Court that we have been informed of the February 14, 2014 death of plaintiff and class representative Rodney Smith.

                              s/Stuart M. Israel
                              Stuart M. Israel (P15359)
                              Legghio & Israel, P.C.
                              306 South Washington, Suite 600
                              Royal Oak, MI 48067
                              (248) 398-5900
                              israel@legghioisrael.com

February 28, 2014              Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2014, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of interest participating in the CM/ECF system.

                                              s/Stuart M. Israel  
                                              Stuart M. Israel